IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INTERNATIONAL GLOBAL BANK, N.V.,<br><br>   Plaintiff,<br><br>   v.<br><br>ITALBANK INTERNATIONAL, INC.,<br><br>   Defendant. | CIV. NO.: 24-1439 (SCC) |

**JUDGMENT**

In view of the Stipulation of Dismissal at Docket No. 59 and pursuant to Fed. R. Civ. P. 41(a), this case is hereby **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of January 2025.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE